# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

## VOLUNTARY PETITION

| IN RE: (Name of Debtor - If Individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| **HOLOGA, GREGORY C., II** | |
| ALL OTHER NAMES used by the debtor in the last 6 years | ALL OTHER NAMES used by the co-debtor in the last 6 years |
| **NONE** | **NONE** |
| SOCIAL SECURITY / TAX I.D. NUMBER | SOCIAL SECURITY / TAX I.D. NUMBER |
| **XXX-XX- -4387** | **XXX-XX-** |
| STREET ADDRESS OF DEBTOR | STREET ADDRESS OF JOINT DEBTOR |
| **1412 C SUZY STREET**<br>**SANDWICH, IL 60548** | **1412 C SUZY STREET**<br>**SANDWICH, IL 60548** |
| County of Residence, etc. KENDALL | County of Residence, etc. KENDALL |
| MAILING ADDRESS OF DEBTOR | MAILING ADDRESS OF JOINT DEBTOR |
| **1412 C SUZY STREET**<br>**SANDWICH, IL 60548** | **1412 C SUZY STREET**<br>**SANDWICH, IL 60548** |

| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR | VENUE |
|---|---|
| **N/A** | ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition, or for a longer part of such 180 days than in any other District.<br>☐ There is a Bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District |

## INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR**
- ■ INDIVIDUAL
- ☐ JOINT (HUSBAND & WIFE)
- ☐ PARTNERSHIP
- ☐ OTHER _____

- ☐ CORPORATION, PUBLICLY HELD
- ☐ CORPORATION, NOT PUBLICLY HELD
- ☐ MUNICIPALITY

**NATURE OF DEBT**
- ■ NON-BUSINESS / CONSUMER
- ☐ BUSINESS - COMPLETE A. & B BELOW

**A. TYPE OF BUSINESS**
- ☐ FARMING
- ☐ PROFESSIONAL
- ☐ RETAIL/WHOLESALE
- ☐ RAILROAD
- ☐ TRANSPORTATION
- ☐ MANUFACTURING AND MINING
- ☐ STOCKBROKER
- ☐ COMMODITY BROKER
- ☐ CONSTRUCTION
- ☐ REAL ESTATE
- ☐ OTHER BUSINESS

**B. BRIEFLY DESCRIBE NATURE OF BUSINESS**

**N/A**

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED**
- ■ Chapter 7   ☐ Chapter 11   ☐ Chapter 13
- ☐ Chapter 9   ☐ Chapter 12   ☐ §304-Case Auxiliary to Foreign proceeding

**SMALL BUSINESS (Chapter 11 only)**
- ☐ Debtor is a small business as defined in 11 USC § 101
- ☐ Debtor is and elects to be considered a small business under 11 USC § 1121(e) (Optional) (Check one box)

**FILING FEE**
- ☐ Filing fee attached
- ☐ Filing fee to be paid in installments (applicable to individuals only) Must attach signed application for the Court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See official form #3

NAME, ADDRESS AND TELEPHONE # OF LAW FIRM OR ATTORNEY

**JOHN S. BIALLAS, ATTORNEY AT LAW**
**3N918 SUNRISE LANE**
**ST. CHARLES, ILLINOIS 60174**

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT DEBTOR

**JOHN S. BIALLAS**

☐ Debtor is not represented by an Attorney. Telephone # of Debtor ( )

## STATISTICAL / ADMINISTRATIVE INFORMATION (U.S.C. §604)

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be **no funds** available for distribution to unsecured creditors.

**ESTIMATED NUMBER OF CREDITORS**
- 1-15 ■   16-49 ☐   50-99 ☐   100-199 ☐   200-999 ☐   1000-over ☐

**ESTIMATED ASSETS (in thousands of dollars)**
- Under 50 ☐   50-99 ☐   100-499 ■   500-999 ☐   1,000-9,999 ☐   1,000-99,000 ☐   100,000-over ☐

**ESTIMATED LIABILITIES (in thousands of dollars)**
- Under 50 ☐   50-99 ☐   100-499 ■   500-999 ☐   1,000-9,999 ☐   1,000-99,000 ☐   100,000-over ☐

**ESTIMATED NO. OF EMPLOYEES-Chapters 11 & 12 only**
- 0 ☐   1-19 ☐   20-99 ☐   100-999 ☐   1000-over ☐

**ESTIMATED NO. OF EQUITY SECURITY HOLDERS-Chapters 11 & 12 only**
- 0 ☐   1-19 ☐   20-99 ☐   100-499 ☐   500-over ☐

**THIS SPACE FOR COURT USE ONLY**

```
U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 10/08/2004
Time: 15:04:41
Debtor: GREGORY C HOLOGA
Case: 04-37559      Fee : 209
Chapter: 7 Rec. # : 3105425
Judge: Bruce Black
341 mtg: 12/09/2004 @ 01:30PM
Trustee: MICHAEL BERLAND

1:04BK37559-BK001
```

Consumer Schedules , Version 7, Copyright © John S. Biallas, 1991-19

## FILING OF PLAN

For Chapter 9,11,12 and 13 cases only. Check appropriate box.

☐ A copy of Debtor's Proposed plan dated _____ is attached.    ☐ Debtor intends to file a plan within the time allowed by statute, rule or order of the Court.

### PRIOR BANKRUPTCY CASE FILED WITHIN THE LAST 6 YEARS

| Location where filed | Case Number | Date |
|---|---|---|
| N/A | N/A | N/A |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THE DEBTOR

| Name of Debtor | Case Number | Date |
|---|---|---|
| N/A | N/A | N/A |
| Relationship | District | Judge |
| N/A | N/A | N/A |

## REQUEST FOR RELIEF

*Debtor is eligible for and requests relief in accordance with the chapter of title 11, United States Code specified in this petition.*

## SIGNATURES

### ATTORNEY

X _____     JULY 20, 2004
    Signature of Attorney         Date

| INDIVIDUAL OR JOINT DEBTORS | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. |

X _____
Signature of Debtor

JULY 20, 2004
Date

X _____
Signature of Joint Debtor

_____
Date

X _____
Signature of Authorized Individual

_____
Print or type Name of Authorized Individual

_____
Title of Individual Authorized by Debtor to sign this Petition

_____
Date
If debtor is a corporation filing under Chapter 11, Exhibit "A" is attached and made part of this petition.

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11 or 12 or 13 of Title 11, United States Code, understand the relief available under such chapter, and chose to proceed under chapter 7 of such title.

If I am represented by an attorney Exhibit "B" has been completed.

X _____     JULY 20, 2004
Signature of Debtor        Date

X _____
Signature of Joint Debtor

_____
Date

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)

I Certify that I am a Bankruptcy Petition Preparer as defined in 11 USC § 110, that I prepared this document for compensation, and that I have provided the Debtor with a copy of this document.

_____
Printed or typed name of Petition Preparer

_____
Social Security Number

_____
Address     Tel. #
Names and social security numbers of all other individuals who prepared or assisted in preparing this document

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 USC § 110; 18 USC § 156.

### EXHIBIT "B"

I, the Attorney for the Debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he,she or they) may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under such chapter.

X _____     JULY 20, 2004
Signature of Attorney       Date

## THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

# SUMMARY OF SCHEDULES

| NAME OF SCHEDULE | ATTACHED YES/NO | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real property | YES | 1 | $0.00 | | |
| B-Personal Property | YES | 3 | $53,564.46 | | |
| C-Property Claimed as Exempt | YES | 1 | | | |
| D-Creditor Holding Secured Claims & E-Creditors Holding Unsecured Priority Claims | YES | 2 | | $925,522.42 $0.00 | |
| F-Creditors Holding Unsecured Nonpriority claims | YES | 3 | | $639,073.24 | |
| G-Executory Contracts and Unexpired Leases & H-Codebtors | YES | 2 | | | |
| I-Current Income of Individual Debtor(s) & J-Current Expenditure of Individual Debtor(s) | YES | 1 | | | $468.00 $4,013.85 |
| Total number of sheets in all Schedules | | 13 | | | |
| Total Assets | | | $53,564.46 | | |
| Total Liabilities | | | | $1,564,595.66 | |

Consumer Schedules , Version 7, Copyright © John S. Biallas, 1991-1998, All Rights Reserved.

# STATEMENT OF FINANCIAL AFFAIRS
## (QUESTIONS 1-15 INDIVIDUAL CONSUMER)

| NONE | |
|------|--|
| ☐ | **1.   INCOME FROM EMPLOYMENT OR OPERATION OF A BUSINESS.**<br>STATE THE GROSS AMOUNT OF INCOME THE DEBTOR HAS RECEIVED FROM EMPLOYMENT, TRADE, OR PROFESSION, OR FROM OPERATION OF THE DEBTOR'S BUSINESS FROM THE BEGINNING OF THIS CALENDER YEAR TO THE DATE THIS CASE WAS COMMENCED. STATE ALSO THE GROSS AMOUNTS RECEIVED DURING THE TWO YEARS IMMEDIATELY PRECEDING THIS CALENDAR YEAR. IF A JOINT PETITION IS FILED STATE THE INCOME FOR EACH SPOUSE SEPERATELY. |

| | | | |
|--|--|--|--|
| **DEBTOR GROSS EARNED INCOME THIS CALENDER YEAR** | $50000 | **SPOUSE GROSS EARNED INCOME THIS CALENDER YEAR** | $18,540.00 |
| **LAST YEAR** | $90134.62 | **SPOUSE  LAST YEAR** | $26,116.68 |
| **YEAR BEFORE LAST** | $9275.24 | **SPOUSE  YEAR BEFORE LAST** | $19,000.00 |

| NONE | |
|------|--|
| ☒ | **2.   INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**<br>STATE THE AMOUNT OF INCOME RECEIVED BY THE DEBTOR OTHER THAN FROM EMPLOYMENT, TRADE, PROFESSION, OR OPERATION OF THE DEBTOR'S BUSINESS DURING THE TWO YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.  GIVE PARTICULARS. IF A JOINT PETITION IS FILED, STATE INCOME FOR EACH SPOUSE SEPERATELY. |

| | | | |
|--|--|--|--|
| **DEBTOR OTHER INCOME THIS CALENDER YEAR** | | **SPOUSE OTHER INCOME THIS CALENDER YEAR** | |
| **LAST YEAR** | | **SPOUSE  LAST YEAR** | |
| **YEAR BEFORE LAST** | | **SPOUSE YEAR BEFORE LAST** | |

| NONE | |
|------|--|
| ☒ | **3.   PAYMENTS TO CREDITORS.**<br>A.   LIST ALL PAYMENTS ON LOANS, INSTALLMENT PURCHASES OF GOODS AND SERVICES, AND OTHER DEBTORS, AGGREGATING MORE THAN **$600** TO ANY CREDITOR, MADE WITHIN 90 DAYS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE. |

| *NAME AND ADDRESS OF CREDITOR PAID* | DATE | PAYMENT | $ OWED |
|-------------------------------------|------|---------|--------|
| | | | |

| NONE | |
|------|--|
| ☒ | B.   LIST ALL PAYMENTS MADE WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT  OF THIS CASE TO OR FOR THE BENEFIT OF CREDITORS WHO ARE OR WERE INSIDERS. |

| *NAME AND ADDRESS OF CREDITOR* | RELATION | DATE | PAYMENT | $ OWED |
|-------------------------------|----------|------|---------|--------|
| | | | | |

| NONE | |
|------|--|
| ☐ | **4.   SUITS, EXECUTIONS, GARNISHMENTS AND ATTACHMENTS.**<br>A.   LIST ALL SUITS TO WHICH THE DEBTOR IS OR WAS A PARTY WITHIN ONE YEAR IMMEDIATELY PRECEDING THE FILING OF THIS BANKRUPTCY CASE |

| *CAPTION OF SUIT AND CASE #* | *NATURE* | *COURT* | *STATUS* |
|------------------------------|----------|---------|----------|
| AUBURN SUPPLY V. HOLOGA & G&M 04L7005 | COLLECTION | ILLINOIS CIR. CT. | PLEADINGS |

| NONE | |
|------|--|
| ☒ | B.   DESCRIBE ALL PROPERTY THAT HAS BEEN ATTACHED, GARNISHED OR SEIZED UNDER ANY LEGAL OR EQUITABLE PROCESS WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE. |

| *NAME AND ADDRESS OF SEIZING PERSON* | DATE | *DESRIPTION & VALUE* |
|--------------------------------------|------|----------------------|
| | | |

| NONE | |
|------|--|
| ☒ | **5.   REPOSSESSIONS, FORECLOSURES AND RETURNS.**<br>LIST ALL PROPERTY THAT HAS BEEN REPOSSESSED BY A CREDITOR, SOLD AT A FORECLOSURE SALE, TRANSFERRED THROUGH A DEED IN LIEU OF FORECLOSURE OR RETURNED TO THE SELLER WITHIN ONE YEAR IMMEDIATELY PRECEEDING THE COMMENCEMENT OF THIS CASE. |

| *NAME AND ADDRESS OF CREDITOR OR SELLER* | DATE | *DESCRIPTION / VALUE* |
|------------------------------------------|------|-----------------------|
| | | |

| NONE | |
|------|--|
| ☒ | **6.   ASSIGNMENTS AND RECEIVERSHIPS**<br>A.   DESCRIBE ANY ASSIGNMENT OF PROPERTY FOR THE BENEFIT OF CREDITORS MADE WITHIN 120 DAYS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE. |

| *NAME AND ADDRESS OF ASSIGNEE* | DATE | *TERMS OF ASSIGNMENT ETC.* |
|--------------------------------|------|----------------------------|
| | | |

Consumer Schedules , Version 7, Copyright © John S. Biallas, 1991-1998, All Rights Reserved.



B.  LIST ALL PROPERTY WHICH HAS BEEN IN THE HANDS OF A CUSTODIAN, RECEIVER OR COURT APPOINTED OFFICIAL WITHIN 1 YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| NAME AND ADDRESS OF CUSTODIAN | COURT & CASE # | DATE | DESCRIPTION / VALUE |
|---|---|---|---|

**7.  GIFTS**
LIST ALL THE GIFTS OR CHARITABLE CONTRIBUTIONS MADE WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE EXCEPT ORDINARY AND USUAL GIFTS TO FAMILY MEMBERS AGGREGATING LESS THAN $200 IN VALUE PER INDIVIDUAL FAMILY MEMBER AND CHARITABLE CONTRIBUTIONS AGGREGATING LESS THAN $100 PER RECIPIENT.

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATION TO DEBTOR | DATE | DESCRIPTION / VALUE |
|---|---|---|---|

**8.  LOSSES**
LIST ALL LOSSES FROM FIRE, THEFT, OTHER CASUALTY OR GAMBLING WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| DESCRIPTION / VALUE | DESCRIPTION OF CIRCUMSTANCES | DATE | INSURED? |
|---|---|---|---|

**9.  PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY.**
LIST ALL PAYMENTS MADE OR PROPERTY TRANSFERRED BY OR ON BEHALF OF THE DEBTOR TO ANY PERSONS, INCLUDING ATTORNEYS, FOR CONSULTATION CONCERNING DEBT CONSOLIDATION, RELIEF UNDER THE BANKRUPTCY LAW OR PREPARATION OF A PETITION IN BANKRUPTCY WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| NAME AND ADDRESS OF PAYEE | PAYOR | DATE | CONSIDERATION |
|---|---|---|---|
| JOHN S. BIALLAS, ATTORNEY AT LAW<br>3N918 SUNRISE LANE<br>ST. CHARLES, ILLINOIS 60174 | DEBTOR | JULY 20, 2004 | $1,000.00 |



**10.  OTHER TRANSFERS**
LIST ALL OTHER PROPERTY, OTHER THAN PROPERTY TRANSFERRED IN THE ORDINARY COURSE OF BUSINESS OR FINANCIAL AFFAIRS OF THE DEBTOR, TRANSFERRED EITHER ABSOLUTELY OR AS SECURITY WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| NAME AND ADDRESS OF TRANSFEREE | RELATION | DATE | PROPERTY / VALUE |
|---|---|---|---|

**11.  CLOSED FINANCIAL ACCOUNTS**
LIST ALL FINANCIAL ACCOUNTS AND INSTRUMENTS HELD IN THE NAME OF THE DEBTOR FOR THE BENEFIT OF THE DEBTOR WHICH WERE CLOSED, SOLD, OR OTHERWISE TRANSFERRED WITHIN 1 YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.  INCLUDE CHECKING, SAVINGS, OR OTHER FINANCIAL ACCOUNTS, CERTIFICATES OF DEPOSIT, OR OTHER INSTRUMENTS; SHARES AND SHARE ACCOUNTS HELD IN BANKS, CREDIT UNIONS, PENSION FUNDS, COOPERATIVES, ASSOCIATIONS, BROKERAGE HOUSES AND OTHER FINANCIAL INSTITUTIONS.

| NAME AND ADDRESS OF INSTITUTION | TYPE | ACCOUNT # | $ AMOUNT | DATE |
|---|---|---|---|---|



**12. SAFE DEPOSIT BOXES**
LIST EACH SAFE DEPOSIT BOX OR DEPOSITORY IN WHICH THE DEBTOR HAS OR HAD SECURITIES, CASH, OR OTHER VALUABLES WITHIN ONE YEAR IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE.

| *NAME AND ADDRESS OF BANK, ETC.* | *NAME & ADDRESS OF ACCESSOR* | *CONTENTS, IF ANY* | *DATE* |
| --- | --- | --- | --- |



**13. SETOFFS**
LIST ALL SETOFFS MADE BY ANY CREDITOR, INCLUDING A BANK, AGAINST A DEBT OR DEPOSIT OF THE DEBTOR WITHIN 90 DAYS PRECEDING THE COMMENCEMENT OF THIS CASE.

| *NAME AND ADDRESS OF CREDITOR SETTING OFF DEBT* | *DATE* | *$ AMOUNT* |
| --- | --- | --- |



**14. PROPERTY HELD FOR ANOTHER PERSON.**
LIST ALL PROPERTY OWNED BY ANOTHER PERSON THAT THE DEBTOR HOLDS OR CONTROLS.

| *NAME AND ADDRESS OF OWNER* | *DESCRIPTION* | *VALUE* | *LOCATION* |
| --- | --- | --- | --- |

**15. PRIOR ADDRESS OF DEBTOR.**
IF THE DEBTOR HAS MOVED WITHIN THE LAST TWO YEARS IMMEDIATELY PRECEDING THE COMMENCEMENT OF THIS CASE, LIST ALL PREMISES WHICH THE DEBTOR OCCUPIED DURING THAT PERIOD AND VACATED PRIOR TO THE COMMENCEMENT OF THIS CASE. IF A JOINT PETITION IS FILED, REPORT ALSO ANY SEPERATE ADDRESS OF EITHER SPOUSE

| *PRIOR ADDRESSES OF DEBTOR(S)* | *OTHER NAMES USED BY DEBTOR(S)* | *FROM* | *TO* |
| --- | --- | --- | --- |

**I (we) declare under penalty of perjury that I (we) have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.**

_Gregory C. Hologa II_

Signature of Debtor

**JULY 20, 2004**

_____
Date

_____

Signature of Joint Debtor (if any)

_____
Date

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)**

I Certify that I am a Bankruptcy Petition Preparer as defined in 11 USC§110, that I prepared this document for compensation, and that I have provided the Debtor with a copy of this document.

_____
Printed or typed name of Petition Preparer

_____
Social Security Number

_____
Address                         Tel #
Names and social security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 USC § 110, 18 USC §156

## SCHEDULES A, D, E, F, G, H,

### SCHEDULE A    REAL PROPERTY

[X] THE DEBTOR HAS **NO** REAL ESTATE TO REPORT ON SCHEDULE A

### SCHEDULE D    CREDITORS HOLDING SECURED CLAIMS

[ ] THE DEBTOR HAS **NO** CREDITORS HOLDING SECURED CLAIMS TO REPORT ON SCHEDULE D

### SCHEDULE E    CREDITORS HOLDING PRIORITY CLAIMS

[X] THE DEBTOR HAS **NO** CREDITORS HOLDING UNSECURED PRIORITY CLAIMS TO REPORT ON SCHEDULE E

### SCHEDULE F    CREDITORS HOLDING UNSECURED CLAIMS

[ ] THE DEBTOR HAS **NO** CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS TO REPORT ON SCHEDULE F

### SCHEDULE G    EXECUTORY CONTRACTS AND UNEXPIRED LEASES

[X] THE DEBTOR HAS **NO** EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO REPORT ON SCHEDULE G

### SCHEDULE H    CODEBTORS

[ ] THE DEBTOR HAS **NO** CODEBTORS TO REPORT ON SCHEDULE H

*IF ANY OF THE ABOVE BOXES ARE NOT CHECKED, PLEASE SEE THE EXTRA SCHEDULE SHEETS FOR THAT SCHEDULE ATTACHED HERETO, WHERE THE REQUIRED DATA HAS BEEN PROVIDED.*

Consumer Schedules , Version 7, Copyright © John S. Biallas, 1991-1998, All Rights Reserved.

| ADDITIONAL SCHEDULE A - REAL PROPERTY | | | | |
|---|---|---|---|---|
| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | DEBTOR or SPOUSE or JOINT | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
| SINGLE FAMILY RESIDENCE AT 1412 C. SUZY STREET SANDWICH, IL 60548 2000 SQ FT TRILEVEL 4 BEDROOM, 3 BATH | 1/2 OF FEE SIMPLE | J | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL MARKET VALUE OF DEBTOR'S REALTY | | | $0.00 | |

## SCHEDULE B - PERSONAL PROPERTY (PAGE 1)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | RESIDENCE OF DEBTOR | - | $150.00 |
| 2. Checking, savings or other financial accounts, or other deposits. | | 5TH/3RD BANK | - | $1,000.00 |
| 3. Security deposits with public utilities, landlords and others. | ✕ | | - | $0.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 1/2 INTEREST IN 6 ROOMS OF FURNITURE AND MISC. HOUSEHOLD GOODS | - | $1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectables. | ✕ | | - | $0.00 |
| 6. Wearing apparel. | | CLOTHING OF AN ADULT MALE | - | $0.00 |
| 7. Furs and jewelry. | | WEDDING RING | - | $100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | ✕ | | - | $0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | ✕ | | - | $0.00 |
| 10. Annuities, Itemize and and name each issuer. | ✕ | | - | $0.00 |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | PLUMBERS UNION PENSION FUND NO CASH VALUE | - | $0.00 |
| | | SUBTOTAL OF MARKET VALUES SCHEDULE B PAGE 1 | | $2,250.00 |

Consumer Schedules , Version 7, Copyright © John S. Biallas, 1991-1998, All Rights Reserved.

## SCHEDULE B - PERSONAL PROPERTY (PAGE 2)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Stock, and interests in incorporated and unincorporated businesses. Itemize. | | 10 SHARES OF ANNAVAN/KEWANEE AREA HOTEL LLC, NO CASH VALUE 50% INTEREST IN G&M PLUMBING, INC, NO CASH VALUE | - | $0.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | × | | - | $0.00 |
| 14. Government and corporate bonds. | × | | - | $0.00 |
| 15. Accounts Receivable. | | LOANS TO SONS | - | $9,064.46 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | × | | - | $0.00 |
| 17. Other liquidated debts owing debtor. Include Tax refunds. Give particulars. | × | | - | $0.00 |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A. | × | | - | $0.00 |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | × | | - | $0.00 |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counter-claims of the debtor, and rights to setoff claims. | × | | - | $0.00 |
| 21. Patents, copyrights and other intellectual property. Give particulars. | × | | - | $0.00 |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | × | | - | $0.00 |
| | | SUBTOTAL OF MARKET VALUES SCHEDULE B - PAGE 2 | | $9,064.46 |

## SCHEDULE B - PERSONAL PROPERTY (PAGE 3)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobile, trucks, trailers, and other vehicles | | MITSUBISHI ECLIPSE ($15,000.00) CHEVY CORVETTE ($27,000.00) | - | $42,000.00 |
| 24. Boats, motors, and accessories. | × | | - | $0.00 |
| 25. Aircraft and accessories | × | | - | $0.00 |
| 26. Office equipment, furnishings, and supplies | | COMPUTER, PRINTER & MODEM | - | $250.00 |
| 27. Machinery, fixtures, equipment, and supplies used in business. | × | | - | $0.00 |
| 28. Inventory. | × | | - | $0.00 |
| 29. Animals. | × | | - | $0.00 |
| 30. Crops - growing or harvested give particulars. | × | | - | $0.00 |
| 31. Farming equipment and implements. | × | | - | $0.00 |
| 32. Farm supplies, chemicals, and feed. | × | | - | $0.00 |
| 33. Other personal Property of any kind not already listed. Itemize. | × | | - | $0.00 |
| | | SUBTOTAL OF MARKET VALUES SCHEDULE B PAGE 3 | | $42,250.00 |
| | | TOTAL MARKET VALUE OF PROPERTY | | $53,564.46 |

Consumer Schedules , Version 7,  Copyright © John S. Biallas, 1991-1998, All Rights Reserved.

## ADDITIONAL SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S ACCT. #, NAME AND MAILING ADDRESS | CODEBTOR; DATE CLAIM INCURRED; DESCRIPTION; NATURE OF LIEN & OTHER DATA | | AMOUNT OF CLAIM UNSECURED PORTION |
|---|---|---|---|
| **WASHINGTON MUTUAL MTG** PO BOX 9001879 LOUISVILLE, KY 40290-1879 | Codebtor ?  NO | Date claim incurred  **1993** | **$80,000** |
| | Husband, Wife, Joint or Community ? | Description of Property  **RESIDENCE-TRILEVEL** | |
| | Contingent, Disputed or Unliquidated? | Mkt. Value  **$160,000** | $80,000 |
| **5TH/3RD BANK** @ DAVID REID, VP 9400 CICERO AVE. MDG2515E OAK LAWN, IL 60453 | Codebtor ?  NO | Date claim incurred | **$800,000** |
| | Husband, Wife, Joint or Community ? | Description of Property  ASSETS OF CORPORATION, PERSONAL GUARANTY 2ND POSITION | |
| | Contingent, Disputed or Unliquidated ? | Mkt. Value  **$160,000** | $720,000 |
| **WFS FINANCIAL SERVICES** PO BOX 19733 IRVINE, CA 92623 | Codebtor ?  NO | Date claim incurred  **2001** | **$20,522** |
| | Husband, Wife, Joint or Community ? | Description of Property  **2001 MITSUBISHI ECLIPSE** | |
| | Contingent, Disputed or Unliquidated ? | Mkt. Value  **$15,125** | $5,000 |
| **LAURIE AVENARIUS** PO BOX 76 YORKVILLE, IL 60560 | Codebtor ?  NO | Date claim incurred  **2003** | **$25,000** |
| | Husband, Wife, Joint or Community ? | Description of Property  **1998 CHEVY CORVETTE** | |
| | Contingent, Disputed or Unliquidated ? | Mkt. Value  **$27,000** | |
| | Codebtor ?  NO | Date claim incurred | |
| | Husband, Wife, Joint or Community ? | Description of Property | |
| | Contingent, Disputed or Unliquidated ? | Mkt. Value | |
| | | **Total D >** | **$925,522.42** |

## ADDITIONAL SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | DATE CLAIM INCURRED & CONSIDERATION CODEBTOR ? AND OTHER DATA | | TYPE OF PRIORITY AMOUNT ENTITLED TO PRIORITY | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|
| | Date Incurred and Consideration | | Type of Priority | |
| | Codebtor ?  NO | Contingent, Disputed or Unliquidated ? | | |
| | Husband, Wife, Joint or Community ? | | | |
| | Date Incurred and Consideration | | Type of Priority | |
| | Codebtor ?  NO | Contingent, Disputed or Unliquidated ? | | |
| | Husband, Wife, Joint or Community ? | | | |
| | Date Incurred and Consideration | | Type of Priority | |
| | Codebtor ?  NO | Contingent, Disputed or Unliquidated ? | | |
| | Husband, Wife, Joint or Community ? | | | |
| | Date Incurred and Consideration | | Type of Priority | |
| | Codebtor ?  NO | Contingent, Disputed or Unliquidated ? | | |
| | Husband, Wife, Joint or Community ? | | | |
| | Date Incurred and Consideration | | Type of Priority | |
| | Codebtor ?  NO | Contingent, Disputed or Unliquidated ? | | |
| | Husband, Wife, Joint or Community ? | | | |
| | | | **Total E >** | **$0.00** |

## ADDITIONAL SCHEDULE F - CREDITORS WITH UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS AND ACCOUNT # | DATE OF CLAIM; CONSIDERATION AND OTHER DATA | | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|
| CAPITAL ONE<br>PO BOX 6000<br>SEATTLE, WA 98190-6000<br>(ACCT # 5178-0522-8505-3902) | DATE ? 2001-04<br>CONSIDERATION<br>CREDIT CARD DEBT | OTHER DATA<br>. | $886.70 |
| BANK ONE<br>PO BOX 15153<br>WILMINGTON, DE 19886-5153<br>(ACCT # 5417-1226-6696-6872) | DATE ? 2000-04<br>CONSIDERATION<br>CREDIT CARD DEBT | OTHER DATA<br>. | $7,665.97 |
| AT&T UNIVERSAL CARD<br>PO BOX 6405<br>THE LAKES, NV 88901 | DATE ?<br>CONSIDERATION<br>CREDIT CARD DEBT | OTHER DATA<br>. | $17,745.09 |
| MBNA<br>PO BOX 15288<br>WILMINGTON, DE<br>(ACCT # 4313-0246-8647-2659) | DATE ? 2002-04<br>CONSIDERATION<br>CREDIT CARD DEBT | OTHER DATA<br>. | $21,616.23 |
| GMAC<br>PO BOX 217060<br>AUBURN HILLS, MI 48321-7060<br>(ACCT 154-2348-62822) | DATE ? 2004<br>CONSIDERATION<br>PERSONAL GUARANTY ON MULTIPLE BUSINESS AUTO LOANS | OTHER DATA<br>. | $120,000.00 |
| FLEET<br>PO BOX 15368<br>WILMINGTON, DE 19886-5368<br>(ACCT # 4305-5003-8074-8890) | DATE ? 2001-04<br>CONSIDERATION<br>CREDIT CARD DEBT | OTHER DATA<br>. | $10,192.56 |
| TRAVEL ADVANTAGE NETWORK<br>672 OLD MILL RD<br>MILLERSVILLE, MD 21108<br>(ACCT 08-H-92150 | DATE ? 2004<br>CONSIDERATION<br>CONSUMER GOODS | OTHER DATA<br>. | $189.00 |
| CASTLE BANK VISA<br>PO BOX 2814<br>OMAHA, NB<br>(4418-4091-6059-8190) | DATE ? 2004<br>CONSIDERATION<br>CREDIT CARD DEBT | OTHER DATA<br>. | $7,845.02 |
| CITICARD<br>POBOX 6415<br>THE LAKES, NV 88901-6415<br>(ACCT # 5424-1801-4911-9510) | DATE ? 2004<br>CONSIDERATION<br>CREDIT CARD DEBT | OTHER DATA<br>. | $21,129.76 |
| JB ROBBINS, JEWELERS<br>PO BOX 740425<br>CINCINATI, OH 45274-0425<br>(ACCT 3069226060) | DATE ?<br>CONSIDERATION<br>CONSUMER GOODS<br>WEDDING RING | OTHER DATA<br>. | $3,878.91 |
| | Subtotal Sch. F Page 1 | | $211,149.24 |

## ADDITIONAL SCHEDULE F - CREDITORS WITH UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS AND ACCOUNT # | DATE OF CLAIM; CONSIDERATION AND OTHER DATA | | | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|---|
| HARLEM FURNITURE PO BOX 2942 SHAWNEE MISSION KANSAS 66201 (ACCT 5856-3706-8904-9816) | DATE ? 2003 CONSIDERATION FURNITURE | OTHER DATA | . | $6,995.66 |
| AUBURN SUPPLE CO. @ HOLLAND & KNIGHT, LLP 131 S. DEARBORN STREET, 30TH FLR CHICAGO, IL 60603 | DATE ? 2004 CONSIDERATION PERSONAL GUARANTY | OTHER DATA | . | $240,086.34 |
| FIRST MIDWEST BANK PO BOX 9003 GURNEE, IL 60031-9003 (ACCT 4017122100-1 | DATE ? 2003 CONSIDERATION PERSONAL GUARANTY | OTHER DATA | . | $10,000.00 |
| DON RAY LEASING @ O'BRIEN LAW OFFICE 301 S. COUNTY FARM ROAD, STE E WHEATON, IL 60187 | DATE ? 2004 CONSIDERATION PERSONAL GUARANTY ON BUSINESS LEASE | OTHER DATA | . | $120,000.00 |
| STERLING SUPPLY 4900 LINCOLN AVE. LISLE, IL 60532 | DATE ? 2004 CONSIDERATION PERSONAL GUARANTY | OTHER DATA | . | $25,842.00 |
| FERGUSON ENTERPRISES @ ROHLFING & OBERHOLTZER 1 EAST WACKER DRIVE, STE 2420 CHICAGO, IL 60601 | DATE ? 2004 CONSIDERATION PERSONAL GUARANTY | OTHER DATA | . | $25,000.00 |
| LABORER'S PENSION FUND @ PATRICK WALLACE 53 W. JACKSON BLVD, STE 660 CHICAGO, IL 60604-3607 | DATE ? 2004 CONSIDERATION POSSIBLE PERSONAL GUARANTY | OTHER DATA | . | $0.00 |
| CHICAGO JOURNEYMAN #130 1340 W. WASHINGTON BLVD. CHICAGO, IL 60607 | DATE ? 2004 CONSIDERATION POSSIBLE PERSONAL GUARANTY | OTHER DATA | . | $0.00 |
| PLUMBERS & PIPEFITTERS #422 50 WEST JEFFERSON JOLIET, IL 60432 | DATE ? 2004 CONSIDERATION POSSIBLE PERSONAL GUARANTY | OTHER DATA | . | $0.00 |
| NORTHERN ILLINOIS BENEFITS 4054 PAYSHERE CIRCLE CHICAGO, IL 60674 | DATE ? 2004 CONSIDERATION POSSIBLE PERSONAL GUARANTY | OTHER DATA | . | $0.00 |
| | Subtotal Sch. F Page 2 | | | $427,924.00 |

Consumer Schedules , Version 7, Copyright © John S. Biallas, 1991-1998, All Rights Reserved.

## ADDITIONAL SCHEDULE F - CREDITORS WITH UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS AND ACCOUNT # | DATE OF CLAIM; CONSIDERATION AND OTHER DATA | | TOTAL AMOUNT OF CLAIM |
|---|---|---|---|
| LABORERS' WORK DUES FUND DEPT. 4334 CAROL STREAM, IL 60122-4334 | DATE ? 2004 CONSIDERATION POSSIBLE PERSONAL GUARANTY | OTHER DATA · | $0.00 |
| NORTHERN ILL. BENEFITS (M) 4054 PAYSHERE CIRCLE CHICAGO, IL 60674 | DATE ? 2004 CONSIDERATION POSSIBLE PERSONAL GUARANTY | OTHER DATA · | $0.00 |
| | DATE ? CONSIDERATION | OTHER DATA · | |
| | DATE ? CONSIDERATION | OTHER DATA · | |
| | DATE ? CONSIDERATION | OTHER DATA · | |
| | DATE ? CONSIDERATION | OTHER DATA · | |
| | DATE ? CONSIDERATION | OTHER DATA · | |
| | DATE ? CONSIDERATION | OTHER DATA · | |
| | DATE ? CONSIDERATION | OTHER DATA · | |
| | DATE ? CONSIDERATION | OTHER DATA · | |
| | Subtotal Sch. F Page  3 | | $0.00 |

| ADDITIONAL SCHEDULE  G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES | | |
|---|---|---|
| NAME & ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE & THE NATURE OF DEBTOR'S INTEREST | RESIDENTIAL REAL PROPERTY ? |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| ADDITIONAL SCHEDULE  H - CODEBTORS | |
|---|---|
| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| G&M PLUMBING 2011 GRANART AVE. SUGAR GROVE, IL 60554 | LABORER'S PENSION FUND @ PATRICK WALLACE 53 W. JACKSON BLVD, STE 660 CHICAGO,IL 60604-3607 |
| G&M PLUMBING 2011 GRANART AVE. SUGAR GROVE, IL 60554 | FERGUSON ENTERPRISES @ ROHLFING & OBERHOLTZER 1 EAST WACKER DRIVE, STE 2420 CHICAGO, IL 60601 |
| G&M PLUMBING 2011 GRANART AVE. SUGAR GROVE, IL 60554 | GMAC PO BOX 217060 AUBURN HILLS, MI 48321-7060 (ACCT 154-2348-62822) |
| G&M PLUMBING 2011 GRANART AVE. SUGAR GROVE, IL 60554 | 5TH/3RD BANK @ DAVID REID, VP 9400 CICERO AVE. MDG2515E OAK LAWN, IL 60453 |

# SCHEDULES I & J - CURRENT INCOME & EXPENSES OF INDIVIDUAL DEBTOR(S)

| DEBTOR(S) MARITAL STATUS | | Married | |
|---|---|---|---|

| DEBTOR'S DEPENDANT'S NAMES, AGES & RELATIONSHIP | DEBTOR(S) OCCUPATION | NAME AND ADDRESS OF EMPLOYER | YEARS ? |
|---|---|---|---|
| WIFE: JENNIFER HOLOGA | PLUMBER/ CONTRACTO | G&M PLUMBING INC. NOW UNEMPLOYED | 10 |
| SON :CHASE HOLOGA, AGE 3 MONTHS | | | |
| STEPSON: PARKER FREEMAN | ADMINISTRA TOR | G&M PLUMBING, INC. NOW UNEMLOYED | |

Check this box if a joint petition is filed and debtor's spouse maintains a seperate household. Complete a seperate schedule of expenditures labeled " Spouse".

## Income:

| | DEBTOR: | CO-DEBTOR: |
|---|---|---|
| Monthly gross wages, salary, and commissions | $0.00 | $0.00 |
| Estimated monthly overtime | $0.00 | $0.00 |
| SUBTOTAL | $0.00 | $0.00 |
| <LESS PAYROLL DEDUCTIONS> | | |
| a.    Payroll taxes and social security | $0.00 | $0.00 |
| b.    Insurance | $0.00 | $0.00 |
| c.    Union Dues | $0.00 | $0.00 |
| d.    Other | $0.00 | $0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $0.00 | $0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $0.00 | $0.00 |
| Regular income from operation of business, or profession, or farm | $0.00 | $0.00 |
| Income from real property | $0.00 | $0.00 |
| Interest and dividends | $0.00 | $0.00 |
| Maintenance or support for a dependent (listed above) | $0.00 | $468.00 |
| Social security or other government assistance (Specify) | $0.00 | $0.00 |
| Pension or retirement income | $0.00 | $0.00 |
| Other monthly income: | | |
| (Specify) | $0.00 | $0.00 |
| (Specify) | $0.00 | $0.00 |
| TOTAL MONTHLY INCOME | $0.00 | $468.00 |
| TOTAL COMBINED MONTHLY INCOME | | $468.00 |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document.

NONE

## Expenses:

| | | |
|---|---|---|
| Rent, or home mortgage payment. (including lot rental for mobile home) | | $1,061.85 |
| ☒ YES  ☐ NO  Real Estate taxes included ? | ☒ YES  ☐ NO  Property insurance included ? | |
| Utilities:    Electricity and heating fuel | | $175.00 |
| Water and sewer | | $19.00 |
| Telephone | | $263.00 |
| Other: | | $0.00 |
| Home maintenance  (repairs and upkeep.) | | $100.00 |
| Food | | $700.00 |
| Clothing | | $100.00 |
| laundry and dry cleaning | | $25.00 |
| Medical and dental expenses | | $150.00 |
| Recreation, entertainment, newspapers, etc | | $50.00 |
| INSURANCE (not deducted from wages or included in home mortgage payments) | | |
| Homeowner's or renter's | | $0.00 |
| life | | $0.00 |
| Health | | $0.00 |
| Auto | | $280.00 |
| Other: | | $0.00 |
| TAXES  (not deducted from wages or included in home mortgage payments) | | |
| (Specify): | | $0.00 |
| INSTALLMENT PAYMENTS | | |
| Auto | | $500.00 |
| Other:    day care | | $555.00 |
| Maintainence etc. paid to others | | $0.00 |
| Support for dependents not living at home | | $0.00 |
| Regular expenses from operation of business | | $0.00 |
| Other    union dues | | $35.00 |
| TOTAL MONTHLY EXPENSES | | $4,013.85 |

## (FOR CHAPTER 12 DEBTORS ONLY)

| | | |
|---|---|---|
| A.    Total projected monthly income | | $0.00 |
| B.    Total projected monthly expenses | | $0.00 |
| C    Excess income (A minus B) | | $0.00 |
| D.    Total amount to be paid into plan each: | | $0.00 |

Consumer Schedules , Version 7, Copyright © John S. Biallas, 1991-1998, All Rights Reserved.

# DECLARATION UNDER PENALTY OF PERJURY
# BY INDIVIDUAL DEBTOR(S)

I  declare under penalty of perjury that I have read the foregoing summary and  schedules and that they are true and correct to the best of my knowledge, information and belief.

X _____          **JULY 20, 2004**
Signature of Debtor                                       Date

X _____          _____
Signature of Joint Debtor                          Date

---

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY
PETITION PREPARER (SEE 11 U.S.C. § 110)

I Certify that I am a Bankruptcy Petition Preparer as defined in 11 USC § 110,
that I prepared this document for compensation, and that I have provided the
Debtor with a copy of this document.

_____
Printed or typed name of Petition Preparer

_____
Social Security Number

_____
Address                         Tel. #
Names and social security numbers of all other individuals who prepared
or assisted in preparing this document.

If more than one person prepared this document, attach additional signed
sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Petition Preparer

A bankruptcy petition preparer's failure to comply with the provisions of
Title 11 and the Federal Rules of Bankruptcy Procedure may result in
fines or imprisonment or both 11 USC § 110; 18 USC § 156

Consumer Schedules , Version 7,  Copyright © John S. Biallas, 1991-1998, All Rights Reserved.

**In Re:**     **HOLOGA, GREGORY C., II**     | **Case #**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   My intention with respect to the property of the estate which secures those consumer debts is as follows:

### a.  PROPERTY TO BE SURRENDERED

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
|---|---|
| | |
| | |

### b.  PROPERTY TO BE RETAINED

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | REAFFERMATION UNDER §524(C) | CLAIMED EXEMPT AND REDEEMED UNDER §722 | LIEN AVOIDED UNDER §522(f) AND CLAIMED EXEMPT |
|---|---|---|---|---|
| 1412 C SUZY STREET SANDWICH, IL | WASHINGTON MUTUAL | ✓ | | |
| 2001 MITSUBISHI ECLIPSE | WIES FINANCIAL | ✓ | | |
| 1998 CHEVY CORVETTE | LAURIE AVENARIUS | ✓ | | |
| 1412 C SUZY STREET SANDWICH, IL | 5TH/3RD BANK | ✓ | | |
| | | | | |

3.   I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of the filing of this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

X ___Gregory C. Hologa II___
Signature of Debtor

JULY 20, 2004
Date

X _____
Signature of Joint Debtor

_____
Date

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C § 110)

I Certify that I am a Bankruptcy Petition Preparer as defined in 11 U.S.C § 110, that I prepared this document for compensation, and that I have provided the Debtor with a copy of this document.

Printed or typed name of Person Preparer

Social Security Number

Address                    Tel #
Names and social security numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____
Signature of Person Preparer

A bankruptcy petition preparer's failure to comply with the provisions of Title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C § 110, 18 USC §156.

Consumer Schedules , Version 7, Copyright © John S. Brallas, 1994-1998, All Rights Reserved.

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

**For legal services, I have agreed to accept:**           **$1,000.00**
**Prior to the filing of this statement I have received:**       **$1,000.00**
**Balance Due:**       **$0.00**       **This is a PRO BONO Case**

2. The source of the compensation paid to me was:
   ☒ THE DEBTOR    ☐ OTHER:  **SPECIFY**

3. The source of compensation to be paid to me is:
   ☒ THE DEBTOR    ☐ OTHER:  **SPECIFY**

4. ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
 a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
 b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
 c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
 d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters subject to the right to withdraw for nonpayment of agreed fees;
 e. If representation in adversary proceedings is required, an additional retainer of   **$750.00**    with additional billings at the rate of   **$250.00**   per hour has been agreed on with the debtor. **If these additional amounts are not paid in a timely fashion, counsel reserves the right to withdraw.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

N/A

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

---

# ATTORNEY'S AFFIDAVIT IN COMPLIANCE WITH GENERAL RULE 39

  Affiant is the attorney of record for the Debtors and has knowledge of the matters covered by this affidavit and has read the General Rule 39.

  Affiant has not directly or indirectly solicited employment by the above named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except [here state all exceptions, or if none state "no exceptions"]:  **NO EXCEPTIONS**

  Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above named part, or parties, of the costs of this case or of the living or other expenses, of any party, or of any part of an attorney's fee already received or hereafter to be received, or of any portion of the recovery by suit or settlement to any person whatever other than the above named party or parties and the attorneys of record herein, except [here state all exceptions, or if none state "no exceptions"]:  **NO EXCEPTIONS**

  Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above named party or parties in this action and represents that a signed copy thereof has been furnished to each party whom he represents that his compensation for services in this case is not on a contingent basis.

SIGNED: _____       DATED: ___**10/5/04**___

Consumer Schedules , Version 7, Copyright © John S. Biallas, 1991-1998, All Rights Reserved.

# NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code nder which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the Court. Court employees are prohibited from giving you legal advice

## Chapter 7: Liquidation ($155 filing fee plus $30 administrative fee plus $15 trustee surcharge)

1.  Chapter 7 is designed for debtors in financial difficulty who cannot have the ability for in the bankruptcy Code pay their existing debts.

2.  Under Chapter 7 a trusty takes possession of all your property. In a claim certain of your property as exempt under governing law. The Trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code .

3.  The purpose of filing a Chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a discharge, there are some debts that some that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and that's for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.  Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All ort Part of the debts of an Individual with regular income ($155 filing fee plus $30 administrative fee)

1.  Chapter 13 is designed for individuals with regular income who are temporarily unable pay their debts but would like to pay them in installments over a period of time. You are only eligible for Chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under Chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings.

3.  Under Chapter 13, unlike Chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.  After completion of payments under your plan, your debts are discharged except to alimony in support payments , student loans, certain debts including a criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long-term secured obligations.

## Chapter 11:  Reorganization ($800 filing fee )

Chapter 11 and is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time and from future earnings and is in many ways similar to Chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family -owned farm .

## I, the debtor, affirm that I have read this notice.

_____    Date: _____
                                                    **JULY 20, 2004**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

**For legal services, I have agreed to accept:** **$1,000.00**
**Prior to the filing of this statement I have received:** **$1,000.00**
**Balance Due:**      **$0.00**      **This is a PRO BONO Case**

2. The source of the compensation paid to me was:

☒ THE DEBTOR   ☐ OTHER: **SPECIFY**

3. The source of compensation to be paid to me is:

☒ THE DEBTOR   ☐ OTHER: **SPECIFY**

4. ☒   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
 a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
 b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
 c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
 d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters subject to the right to withdraw for nonpayment of agreed fees;
 e. If representation in adversary proceedings is required, an additional retainer of **$750.00**   with additional billings at the rate of   **$250.00**   per hour has been agreed on with the debtor. **If these additional amounts are not paid in a timely fashion, counsel reserves the right to withdraw.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**N/A**

 I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

---

# ATTORNEY'S AFFIDAVIT IN COMPLIANCE WITH GENERAL RULE 39

 Affiant is the attorney of record for the Debtors and has knowledge of the matters covered by this affidavit and has read the General Rule 39.

 Affiant has not directly or indirectly solicited employment by the above named party or parties, and knows of no solicitation of said party or parties by any person that has resulted in the employment of the affiant, except [here state all exceptions, or if none state "no exceptions"]:   **NO EXCEPTIONS**

 Affiant has not paid, or promised to pay, and knows of no payment or promise of payment to the above named part, or parties, of the costs of this case or of the living or other expenses, of any party, or of any part of an attorney's fee already received or hereafter to be received, or of any portion of the recovery by suit or settlement to any person whatever other than the above named party or parties and the attorneys of record herein, except [here state all exceptions, or if none state "no exceptions"]:   **NO EXCEPTIONS**

 Affiant has filed contemporaneously herewith a signed copy of any written contingent fee agreement applicable to his compensation for representing the above named party or parties in this action and represents that a signed copy thereof has been furnished to each party whom he represents that his compensation for services in this case is not on a contingent basis.

SIGNED: _____      DATED: __7/20/04__

Consumer Schedules, Version 7, Copyright © John S. Biallas, 1991-1998, All Rights Reserved.

## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## VERIFICATION OF
## CREDITOR MATRIX

NUMBER OF CREDITORS:    2 b

**THE ABOVE-NAMED DEBTOR(S) HEREBY VERIFIES THAT THE LIST OF CREDITORS IS TRUE AND CORRECT TO THE BEST OF MY (OUR) KNOWLEDGE.**

DATED: _____ **JULY 20, 2004** _____

DEBTOR _____

JOINT DEBTOR _____