IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>HOLOGA, GREGORY C, II<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-37559 BL<br><br>JUDGE Bruce W. Black(Joliet) |

## PROPOSED DISTRIBUTION REPORT

I, MICHAEL G. BERLAND, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 2,831.29 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 17,031.63 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 19,862.92 |

EXHIBIT D

DISTRIBUTION REPORT                                                              PAGE 1

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| Secured Claims | $ 0.00 | 0.00% |
| CLAIM NUMBER — CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 2,831.29 | 100.00% |
| CLAIM NUMBER — CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| MICHAEL G. BERLAND | 2,786.29 | 2,786.29 |
| MICHAEL G. BERLAND | 45.00 | 45.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | $ 0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL $ | 0.00 |

**EXHIBIT D**

DISTRIBUTION REPORT                                                          PAGE 2

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL  $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

EXHIBIT D

DISTRIBUTION REPORT                                                                          PAGE 3

| §507(a)(7) - Alimony | | $ | 0.00 | 0.00% |
|---|---|---|---|---|
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | | TOTAL  $ | 0.00 |

| 10. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | | TOTAL  $ | 0.00 |

| 11. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | | TOTAL  $ | 0.00 |

| 12. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | | TOTAL  $ | 0.00 |

| 13. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ | 268,986.06 | 6.33% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |

EXHIBIT D

DISTRIBUTION REPORT                                                                  PAGE 4

| | | | |
|---|---|---:|---:|
| 2 | ChaseManhttnBankUSA,NA as successor in interest to | 8,180.25 | 517.97 |
| 3 | AUBURN SUPPLY CO. | 240,499.02 | 15,227.88 |
| 4 | Citibank South Dakota NA | 19,208.40 | 1,216.23 |
| 5 | Citibank South Dakota NA | 1,098.39 | 69.55 |
| | | TOTAL $ | 17,031.63 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(3) - Late unsecured claims | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(4) - Fines/penalties | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(5) - Interest | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |

EXHIBIT D

**DISTRIBUTION REPORT** **PAGE 5**

|  |  | TOTAL | $ | 0.00 |
|---|---|---|---|---|

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
|  |  |  |  |  |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: June 18, 2008            /s/Michael G. Berland
                                MICHAEL G. BERLAND, Trustee

**EXHIBIT D**