**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>**HOLOGA, GREGORY C, II**<br><br><br>**Debtor(s)** | **CHAPTER 7 CASE**<br><br>**CASE NO. 04-37559 BL**<br><br>**JUDGE Bruce W. Black(Joliet)** |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. Bankruptcy Court
   Will County Court Annex
   57 N. Ottawa St., Room 201
   Joliet, IL 60432

   on: **October 31, 2008**
   at: 9:15 a.m

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                              $         20,362.92

   b. Disbursements                         $            500.00

   c. Net Cash Available for                $         19,862.92
   Distribution

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $2,786.29 | |
| MICHAEL G. BERLAND (Trustee Expenses) | 0.00 | | $45.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $268,986.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 6.33%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | ChaseManhttnBankUSA,NA as successor in interest to | $ 8,180.25 | $ 517.97 |
| 3 | AUBURN SUPPLY CO. | $ 240,499.02 | $ 15,227.88 |
| 4 | Citibank South Dakota NA | $ 19,208.40 | $ 1,216.23 |
| 5 | Citibank South Dakota NA | $ 1,098.39 | $ 69.55 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: Loans to Steve Hoologa for $1160 and Chris Hologa for $3685, bot of which the trustee believes are uncollectible.

Dated: September 26, 2008

For the Court,

**KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: MICHAEL G. BERLAND
Address: 1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
Phone No.: (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

7559   Doc 47   Filed 09/26/08   Entered 09/28/08 23:49:41   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1               Date Rcvd: Sep 26, 2008
Case: 04-37559                 Form ID: pdf002          Total Served: 32
```

The following entities were served by first class mail on Sep 28, 2008.
```
db         +Gregory C Hologa, II,   1412 C Suzy Street,   Sanwhich, IL 60548-9324
aty        +John S Biallas,   John S. Biallas, Attorney At Law,   3N918 Sunrise Lane,
             St Charles, IL 60174-5081
aty        +Michael G Berland,   Law Offices of Michael G. Berland,   One N Lasalle St, #1775,
             Chicago, IL 60602-4065
tr         +Michael G Berland,   1 N LaSalle St, No.1775,   Chicago, IL 60602-4065
8566478    +5TH/3RD BANK,   @ DAVID REID, VP,   9400 CICERO AVE.,   MDG2515E,   OAK LAWN, IL 60453-2536
8566483    +AT&T UNIVERSAL CARD,   PO BOX 6405,   THE LAKES, NV 88901-6405
8566492    +AUBURN SUPPLY CO.,   Holland & Knight LLP,   Attn: Robert J Labate Esq,
             131 S Dearborn St 30th floor,   Chicago, IL 60603-5517
8566482     BANK ONE,   PO BOX 15153,   WILMINGTON, DE 19886-5153,   (ACCT # 5417-1226-6696-6872
8566481     CAPITAL ONE,   PO BOX 6000,   SEATTLE, WA 98190-6000,   (ACCT # 5178-0522-8505-3902)
8566488     CASTLE BANK VISA,   PO BOX 2814,   OMAHA, NB,   (4418-4091-6059-8190)
8566498    +CHICAGO JOURNEYMAN #130,   1340 W. WASHINGTON BLVD.,   CHICAGO, IL 60607-1980
8566489     CITICARD,   POBOX 6415,   THE LAKES, NV 88901-6415,   (ACCT # 5424-1801-4911-9510)
9313181    +ChaseManhttnBankUSA,NA as successor in interest to,   Bank One Delaware, NA,
             c/o Weinstein & Riley, P.S.,   2101 4th Ave., Suite 900,   Seattle, WA 98121-2339
9570752     Citibank South Dakota NA,   Citibank/Choice,   Exception Payment Processing,   P O Box 6305,
             The Lakes, NV 88901-6305
8712153    +Citibank USA NA,   DBA The Home Depot,   PO Box 9025,   Des Moines, IA 50368-9025
8566494    +DON RAY LEASING,   @ O'BRIEN LAW OFFICE,   301 S. COUNTY FARM ROAD, STE E,
             WHEATON, IL 60187-4523
8566496    +FERGUSON ENTERPRISES,   @ ROHLFING & OBERHOLTZER,   1 EAST WACKER DRIVE, STE 2420,
             CHICAGO, IL 60601-1474
8566493     FIRST MIDWEST BANK,   PO BOX 9003,   GURNEE, IL 60031-9003,   (ACCT 4017122100-1
8566486     FLEET,   PO BOX 15368,   WILMINGTON, DE 19886-5368,   (ACCT # 4305-5003-8074-8890)
8566485     GMAC,   PO BOX 217060,   AUBURN HILLS, MI 48321-7060,   (ACCT 154-2348-62822)
8566491    +HARLEM FURNITURE,   PO BOX 2942,   SHAWNEE MISSION KANSAS 66201-1342,
             (ACCT 5856-3706-8904-9816)
8566490     JB ROBBINS, JEWELERS,   PO BOX 740425,   CINCINATI, OH 45274-0425,   (ACCT 3069226060)
8566497    +LABORER'S PENSION FUND,   @ PATRICK WALLACE,   53 W. JACKSON BLVD, STE 660,
             CHICAGO,IL 60604-3453
8566501     LABORERS' WORK DUES FUND,   DEPT. 4334,   CAROL STREAM, IL  60122-4334
8566480    +LAURIE AVENARIUS,   PO BOX 76,   YORKVILLE, IL 60560-0076
8566484    +MBNA,   PO BOX 15288,   WILMINGTON, DE 19850-5288,   (ACCT # 4313-0246-8647-2659)
8566500    +NORTHERN ILLINOIS BENEFITS,   4054 PAYSHERE CIRCLE,   CHICAGO, IL 60674-0040
8566499    +PLUMBERS & PIPEFITTERS #422,   50 WEST JEFFERSON,   JOLIET, IL 60432-4400
8566495    +STERLING SUPPLY,   4900 LINCOLN AVE.,   LISLE, IL 60532-2197
8566487    +TRAVEL ADVANTAGE NETWORK,   672 OLD MILL RD,   MILLERSVILLE, MD 21108-1363,   (ACCT 08-H-92150
8566477     WASHINGTON MUTUAL MT,   PO BOX 9001879,   LOUISVILLE, KY 40290-1879
8566479    +WFS FINANCIAL SERVICES,   PO BOX 19733,   IRVINE, CA 92623-9733
```

The following entities were served by electronic transmission.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2008**          **Signature:**   *Joseph Speetjens*